UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated, | ECF CASE |
| --- | --- |
| Plaintiff, | No.: 1:21-cv-02762-DG-RER |
| v. | |
| MADISON SEATING, LLC, | |
| Defendant. | |

<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff Fischler hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: July 29, 2021
New York, New York

*/s/ Christopher H. Lowe*

Christopher H. Lowe
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
chris@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*